FILED
CLERK, U.S. DISTRICT COURT

Aug 17, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN PINWATANA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 16-01039 SVW (AJWx)<br>Honorable Judge: Stephen V. Wilson<br>Honorable Magistrate Judge: Andrew J. Wistrich<br><br>ORDER RE DISMISSAL |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The court has read and reviewed the stipulation of the parties regarding dismissal and Orders as follows:

GOOD CAUSE HAVING BEEN SHOWN,

/ / /

/ / /

/ / /

/ / /

1

It is hereby order that the entire action is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and (B). Each side to bear their own costs and attorneys' fees.

All pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

Dated: August 17, 2016

Honorable Stephen V. Wilson, Judge
United States District Court